1  MEYER WILSON CO., LPA
   Matthew R. Wilson (290473)
2  mwilson@meyerwilson.com
   Michael J. Boyle, Jr. (258560)
3  mboyle@meyerwilson.com
4  305 W. Nationwide Blvd.
   Columbus, OH 43215
5  Telephone: (614) 224-6000
   Facsimile:  (614) 224-6066
6
7  *Attorneys for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SAN FRANCISCO 49ERS DATA BREACH LITIGATION | Case No. 3:22-cv-05138<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO PRELIMINARILY APPROVE CLASS ACTION SETTLEMENT**<br><br>Hon. James Donato |

1   Pursuant to Local Rule 6-2, Plaintiffs Samantha Donelson, James Sampson, and Katherine Finch enter the following stipulation with Defendant Forty Niners Football Company LLC.

   1.   As the parties previously informed the Court, they have reached a class settlement and are in the process of preparing a formal agreement.

   2.   Plaintiffs' current deadline to file their motion for preliminary approval is May 4, 2023 (30 days from the filing of the First Amended Consolidated Complaint). *See* ECF No. 24 at 3.

   3.   However, despite the parties' diligent efforts, they have not yet finalized the formal settlement agreement. The parties agree that a three week extension is necessary for them to complete the tasks necessary to present the proposed settlement to the Court for approval.

   4.   Therefore, the parties hereby stipulate that Plaintiffs shall have until May 25, 2023 to file their motion for preliminary approval.

**IT IS SO ORDERED**

_____
Hon. James Donato

Dated: May 2, 2023

| | |
|---|---|
| */s/ Matthew R. Wilson* <br> Matthew R. Wilson (290473) <br> MEYER WILSON CO., LPA <br> 305 W. Nationwide Blvd. <br> Columbus, OH 43215 <br> Telephone: (614) 224-6000 <br> mwilson@meyerwilson.com <br><br> *Attorney for Plaintiffs* | */s/ Michelle R. Gomez* <br> Michelle R. Gomez (*pro hac vice*) <br> BAKER & HOSTETTLER, LLP <br> 1801 California, Ste. 4400 <br> Denver, CO 80202 <br> Telephone: (303) 861-0600 <br> mgomez@bakerlaw.com <br><br> *Attorney for Defendant* |

**ATTESTATION**

I, Matthew R. Wilson, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: May 2, 2023                    /s/ *Matthew R. Wilson*

                                                         Matthew R. Wilson

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2023 the foregoing was filed using the Court's CM/ECF system and will therefore be electronically served on all parties' counsel of record.

Dated: May 2, 2023                                        */s/ Matthew R. Wilson*
                                                                              Matthew R. Wilson