Marcus McCutcheon, Bar No. 281444
mmccutcheon@bakerlaw.com
**BAKER & HOSTETLER LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
Telephone:  714.754.6600
Facsimile:   714.754.6611

Casie D. Collignon (*Admitted Pro Hac Vice*)
ccollignon@bakerlaw.com
Michelle R. Gomez (*Admitted Pro Hac Vice*)
mgomez@bakerlaw.com
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone:  303.861.0600
Facsimile:   303.861.7805

Attorneys for Defendant
Forty Niners Football Company LLC dba
The San Francisco 49ers

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SAN FRANCISCO 49ERS DATA BREACH LITIGATION | Case No.: 3:22-cv-05138-JD<br><br>[Hon. James Donato]<br><br>**JOINT STATUS REPORT**<br><br>Action Filed: September 9, 2022 |

Plaintiffs Samantha Donelson and Katherine Finch together with Defendant Forty Niners Football Company LLC dba The San Francisco 49ers ("the 49ers" and collectively with Plaintiffs, the "Parties"), hereby file this joint statement following the hearing on Defendant's Motion to Dismiss Plaintiffs' Complaint:

1. On March 7, 2024, the Parties appeared for the hearing on Defendant's Motion to Dismiss Plaintiffs' Complaint during which the Parties discussed with the

Court the possibility of resolving the action through settlement discussions.

2. In light of the potential for settlement, the Court agreed to hold the ruling on the Motion to Dismiss in abeyance for thirty (30) days to allow time for the parties to renew settlement discussions. ECF No. 54.

3. The Parties met and conferred and, on April 5, 2024, the Parties filed a Joint Status Report requesting additional time to continue settlement discussions. ECF No. 55.

4. The Parties have further met and conferred and have been unable to agree on settlement terms. Accordingly, the Parties respectfully request that the Court issue its ruling on Defendant's Motion to Dismiss Plaintiffs' Complaint.

Respectfully submitted this 22nd day of April, 2024.

DATED: April 22, 2024

**BAKER & HOSTETLER LLP**

By: */s/ Marcus McCutcheon*
Marcus McCutcheon
Casie D. Collignon
Michelle R. Gomez

*Attorneys for Defendant*
Forty Niners Football Company LLC dba The San Francisco 49ers

DATED: April 22, 2024

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**

By: */s/ John J. Nelson*
John J. Nelson

*Attorneys for Plaintiffs and the Proposed Class*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Marcus McCutcheon, hereby certify that I have obtained the concurrence in the filing of this document from all signatories listed above. I further attest that I have on file records to support this concurrence for subsequent production to the Court if so ordered of for inspection upon request.

Dated: April 22, 2024                                                  */s/Marcus McCutcheon*